*LAW OFFICE OF EDWARD PICHARDO PLLC*
*112 WEST 34th STREET, 17th FLR.*
*NEW YORK, NEW YORK 10120*
*718-514-9099*
*edp@lawofficeofedwardpichardo.com*

June 19, 2020

**VIA ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Conference is adjourned to 8/6/20 at 10:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 6/22/2020
> /s/ Richard M. Berman, U.S.D.J.

Re:  **United States v. Winder Casilla**
     **20 Cr. 42 (RMB)**

Dear Judge Berman:

     As Counsel for and on behalf of Mr. Winder Casilla, (hereinafter referred as Casilla), we respectfully request that the status conference scheduled for Tuesday, June 23, 2020 be adjourned 45 days to allow for further pre-pleading discussions. We hereby waive any Speedy Trial deadlines in this matter. I have conferred with the Government and they consent to this adjournment.

Respectfully Submitted

 /s/Edward Pichardo_____
EDWARD PICHARDO

1