**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2020

**By ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Winder Casilla*, 20 Cr. 42 (RMB)

Dear Judge Berman:

The Government has been informed that it is necessary to adjourn the status conference currently scheduled for August 6, 2020, until September 9, 2020, at 11:00 AM. The Government also has been informed that the defendant may seek to retain other counsel in this matter.

In light of the anticipated adjournment and potential change in defense counsel, the Government respectfully requests that the Court exclude the time between August 6 and the next conference date, pursuant to 18 U.S.C. § 3161(h)(7)(A), because it will allow the defendant time to obtain other counsel, and for that counsel to review discovery and continue conferring with the Government regarding a pretrial resolution.

The Government has conferred with current counsel for defendant, who consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: _____/s/_____
Jarrod L. Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

cc: Counsel of Record (via ECF)

*Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 8/6/2020   /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.