UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                   Government,

      -against-

WINDER CASILLA,
                   Defendant.
------------------------------------------------------------X

20 CR. 42 (RMB)

**ORDER**

      The status conference previously scheduled for Wednesday, September 9, 2020 at 11:00 AM is hereby rescheduled to 11:30 AM, on the same date. The conference will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2042

Dated: September 3, 2020
      New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.