**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

  -against-

WINDER CASILLA,
     Defendant.
------------------------------------------------------------X

20 CR. 42 (RMB)

**ORDER**

  The Court will hold a telephone status conference on Wednesday, October 28, 2020 at 11:30 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2042

Dated: October 21, 2020
   New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.