LAW OFFICE OF
## JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

October 23, 2020

**BY ECF**

Hon. Richard M. Berman, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Winder Casilla*, 20 Cr. 42 (RMB).

Dear Judge Berman:

As counsel to Winder Casilla, defendant herein, I ask that the status conference scheduled for October 28th at 11:30 a.m. be adjourned about thirty days, to a date convenient for the Court at the end of November or beginning of December (but not December 1st in the morning). I have made no prior requests for adjournment. I have spoken with A.U.S.A. Jarrod L. Schaeffer, who does not object to this request.

Having been substituted as counsel to Mr. Casilla on September 9th, I make this request to allow additional time to review the discovery and speak with Mr. Casilla and the government, in the hopes of resolving the case without trial.

Thank you for your attention.

Very truly yours,

/s/
Jesse M. Siegel

The conference is adjourned to December 7, 2020 at 10:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 10/26/2020

Richard M. Berman, U.S.D.J.