UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

WINDER CASILLA,
                Defendant.
------------------------------------------------------------X

20 CR. 42 (RMB)

**ORDER**

      The Court will hold a telephone status conference on Monday, December 7, 2020 at 10:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2042

Dated: December 2, 2020
       New York, NY

                                          _____
                                          RICHARD M. BERMAN
                                              U.S.D.J.