LAW OFFICE OF
## JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-732-1339

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

June 2, 2021

**BY ECF**

Hon. Richard M. Berman, District Judge  
United States District Court for the  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Winder Casilla*, 20 Cr. 42 (RMB).

Dear Judge Berman:

      As counsel to Winder Casilla, defendant herein, I ask that the sentencing hearing scheduled for June 21st at 2:30 p.m. be adjourned about thirty days, to a date convenient for the Court on or after July 21st. In accordance with the current schedule, I also request that Mr. Casilla's sentencing memorandum be due two weeks before the new sentencing date and the government's response one week prior to sentencing.

      I have spoken with A.U.S.A. Jarrod L. Schaeffer, who does not object to this request. There have been no prior requests to adjourn sentencing.

      I make this request because I require additional time to review the Presentence Report with Mr. Casilla, who has recently moved and requires the service of a Spanish interpreter, and prepare the sentencing memo.

      Thank you for your attention.

Very truly yours,

/s/  
Jesse M. Siegel

---

Sentence is adjourned to 7/29/21 at 9:30 am.  
Defense submission is due 7/14/21.  
Government submission is due 7/21/21.

SO ORDERED:  
Date: 6/3/21  
Richard M. Berman, U.S.D.J.