UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,                         **ORDER**

          -against-                                             20 CR 42 (RMB)

WINDER CASILLA,
                              Defendant.
-------------------------------------------------------------X

      No party or agency having requested a hearing (or conference) or presented any new facts or errors of law that would warrant reconsideration of the Court's June 7, 2021 Memorandum Order, the application for reconsideration is respectfully denied. A motion for reconsideration "is not an invitation for parties to treat the court's initial decision as the opening of a dialogue in which that party may then use such a motion to advance new theories or adduce new evidence in response to the court's rulings." *United States v. Daugerdas,* No. 09 CR 581 (WHP), 2020 WL 4931988, at *2 (S.D.N.Y. Aug. 18, 2020) (internal quotations and citation omitted).

      Mr. Casilla, Counsel and Pretrial Services (Texas, Pennsylvania, New York) who approved Mr. Casilla"s trip to Pennsylvania without the Court's prior awareness or approval, remain responsible for Mr. Casilla (and his family) up to and including the sentencing in this case which is scheduled for July 29, 2021 at 9:30 am.

Dated: New York, New York
         June 9, 2021

                                                               _RMB_
                                                  **RICHARD M. BERMAN, U.S.D.J.**