UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                             Government,                             **ORDER**

          -against-                                                20 CR 42 (RMB)

WINDER CASILLA,
                             Defendant.
------------------------------------------------------------X

      In response to Pretrial Services inquiry submitted after the Court's Order dated June 9, 2021, the Court hereby responds as follows: the people and agencies identified in today's Order (Mr. Casilla, Counsel and Pretrial Services (Texas, Pennsylvania, New York) should "meet and confer" and figure out the most sensible next steps, most assuredly including who is supervising Mr. Casilla, how they are supervising him, and where they are supervising him.

Dated: New York, New York
          June 10, 2021

                                             *Richard M. Berman*
                                      _____
                                        **RICHARD M. BERMAN, U.S.D.J.**