**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

WINDER CASILLA,
                Defendant.
------------------------------------------------------------X

20 CR. 42 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Thursday, July 29, 2021 at 9:30 AM will be held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (917) 933-2166
      Access Code: 973 253 384

Dated: July 22, 2021
       New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.