LAW OFFICE OF
**JESSE M. SIEGEL**

(Tel) 212-207-9009  
(Fax) 212-619-6742

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

July 29, 2021

**BY ECF**

Hon. Richard M. Berman, District Judge  
United States District Court for the  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

           Re: *United States v. Winder Casilla*, 20 Cr. 42 (RMB).

Dear Judge Berman:

      As counsel to Winder Casilla, defendant herein, I respectfully request a three-week extension of his time to report and begin serving the 14-month term of imprisonment imposed on him today. The Court ordered that he report on August 30th. He informs me that his daughter will turn five years old on September 20th, and requests that he be allowed to surrender on September 21st, so that he can be with her on her birthday.

      I have spoken with A.U.S.A. Jarrod Schaeffer, who informs me the government does not consent to this request.

      Thank you for your attention to this application.

Very truly yours,

/s  
Jesse M. Siegel

Surrender date is extended to 9/21/21 (Final).

SO ORDERED:  
Date: 8/3/21  
*Richard M. Berman*  
Richard M. Berman, U.S.D.J.