UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -                      20-cr-42 (RMB)

WINDER CASILLA,

        Defendant.

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/22

    IT IS HEREBY ORDERED, that the U.S. Pretrial Office is authorized to release Winder Casilla's passport to him.

Dated: New York, NY
       September 7, 2022

                    SO ORDERED:

                    */s/ Richard M. Berman*
                    HON. RICHARD M. BERMAN, U.S.D.J.