**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                      20 CR. 42 (RMB)

   -against-

                                                                                   **ORDER**

WINDER CASILLA,
                Defendant.
------------------------------------------------------------X

       The Court will hold a supervised release hearing on Thursday, September 29, 2022 at 10:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding will be held by telephone pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Call-In Number: (646) 453-4442
       Conference ID: 199 635 096#

Dated: September 7, 2022
       New York, NY

                                                          _____
                                                             RICHARD M. BERMAN
                                                                  U.S.D.J.