**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      20 CR. 42 (RMB)

  -against-

                                                      **ORDER**

WINDER CASILLA,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Wednesday, November 16, 2022 at 11:00 AM is hereby rescheduled to Monday, November 7, 2022 at 12:30 PM.

      In light of the continuing COVID-19 pandemic, the proceeding will be held by telephone pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    Call-In Number: (646) 453-4442
    Conference ID: 199 635 096#

Dated: November 2, 2022
       New York, NY

                                                    RICHARD M. BERMAN
                                                         U.S.D.J.