UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

WINDER CASILLA,
                Defendant.
------------------------------------------------------------X

20 CR. 42 (RMB)

**ORDER**

The supervised release hearing previously scheduled for Tuesday, December 20, 2022 at 12:00 PM is hereby rescheduled to Monday, December 19, 2022 at 12:00 PM.

In the absence of defense objection – the proceeding is being held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 747 359 338#

Dated: December 12, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.