**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                                  Government,       :          20 CR. 42 (RMB)
                                                    :
                  - against -                       :          **ORDER**
                                                    :
WINDER CASILLA,                                     :
                                  Defendant.        :
------------------------------------------------------------x


     The supervised release hearing previously scheduled for Thursday, March 9, 2023 at 12:30 P.M. is hereby rescheduled to Tuesday, March 21, 2023 at 11:30A.M.

     In the absence of defense objection, the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 115 106 251#


Dated: February 23, 2023
     New York, NY


**RICHARD M. BERMAN**
**U.S.D.J.**