UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :     20 CR. 42 (RMB)
                                           :
      - against -                         :     **ORDER**
                                           :
WINDER CASILLA,                            :
                Defendant.     :
---------------------------------------------------------------x

     The status conference previously scheduled for Tuesday, March 21, 2023 at 11:00 A.M. is hereby rescheduled to Wednesday, April 5, 2023 at 10:00 A.M.

     In the absence of defense objection, the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 115 106 251#

Dated: February 27, 2023
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                  **U.S.D.J.**