

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

April 30, 2024

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/24

Re:   **United States v. Winder Casilla**
      **20 Cr. 042 (RMB)**

Dear Judge Berman:

      The Government respectfully moves pursuant to Rule 36 of the Federal Rules of Criminal Procedure for the Court to enter the proposed Corrected Preliminary Order of Forfeiture/Money Judgment attached hereto, to correct a clerical error. Specifically, as set forth in the supporting Declaration also attached hereto, the original Consent Preliminary Order of Forfeiture/Money Judgment, entered by this Court on July 29, 2021, incorrectly listed the United States Department of Treasury as the agency to handle payments on the Money Judgment imposed on the Defendant. The correct agency is the United States Customs and Border Protection.

      Accordingly, the Government respectfully requests that the Court enter the attached Corrected Preliminary Order of Forfeiture/Money Judgment to correct the error.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Tara LaMorte
Assistant United States Attorney
Tel. No.: (212) 637-1041

Unless the defense objects (in writing) by May 14, 2024, the Court intends to sign the Corrected Preliminary Order of Forfeiture/ Money Judgment.

**SO ORDERED:**
Date: 5/1/24
Richard M. Berman, U.S.D.J.