```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
UNITED STATES OF AMERICA                     :
                                             :    CORRECTED PRELIMINARY
        - v. -                               :    ORDER OF FORFEITURE/
                                             :    MONEY JUDGMENT
WINDER CASILLA,                              :
        a/k/a "Angel Martinez,"              :    20 Cr. 042 (RMB)
                                             :
        Defendant.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about January 16, 2020, WINDER CASILLA a/k/a "Angel Martinez" (the "Defendant"), was charged in a one-count Indictment, 20 Cr. 042 (RMB) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense changed in Count of One the Indictment, including but not limited to a sum of money in United States currency representing the amount of any proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about March 11, 2021, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government;

WHEREAS, on or about July 29, 2021, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment, imposing a forfeiture money judgment against the Defendant in the amount of $1,000 in United States currency (the "Money Judgment")

representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained (the "Preliminary Order of Forfeiture") (D.E. 45);

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United State Department of Treasury as the agency authorized to accept and deposit payments made towards the satisfaction of the Money Judgment; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the corrected agency, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

2. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties and Forfeitures, is authorized to deposit the payments on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3. The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

5/8/24
DATE